| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Macon Arts Center, LLC, a Georgia Limited Liability Company

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    82-5447714

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4570 Pio Nono Ave**<br>**Macon, GA 31206**<br>Number, Street, City, State & ZIP Code | **P.O. Box 3833**<br>**Macon, GA 31205**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Bibb**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    maconartscenter.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Macon Arts Center, LLC, a Georgia Limited Liability Company**　　　Case number (*if known*)
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__71__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Macon Arts Center, LLC, a Georgia Limited Liability Company** _____ Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Macon Arts Center, LLC, a Georgia Limited Liability Company**          Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 3, 2025**
              MM / DD / YYYY

X **/s/ Anthony-Lynn Kirkland, Sr.**                                      **Anthony-Lynn Kirkland, Sr.**
  Signature of authorized representative of debtor                        Printed name

Title  **Sole Member**

**18. Signature of attorney**

X **/s/ Christopher W. Terry**                                      Date **February 3, 2025**
  Signature of attorney for debtor                                         MM / DD / YYYY

**Christopher W. Terry**
Printed name

**Boyer Terry LLC**
Firm name

**348 Cotton Avenue, Suite 200**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone  **(478) 742-6481**          Email address  **Chris@boyerterry.com**

**702484 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Macon Arts Center, LLC, a Georgia Limited Liability Company** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express Blue** PO Box 981535 El Paso, TX 79998-1535 | | Credit card purchases | | | | $8,558.26 |
| **American Express Gold** PO Box 981535 El Paso, TX 79998-1535 | | Credit card purchases | | | | $5,159.51 |
| **Bitty** 1855 Griffin Rd Suite A-474 Fort Myers, FL 33994 | | Business Loan | | | | $44,950.00 |
| **Edge Capital** 800 W. Main Street Suite 1460 Boise, ID 83702 | | Business Loan | | | | $16,800.00 |
| **Fundbox** 5760 Legacy Drive Suite B3-535 Plano, TX 75024 | | Equipment rental | | | | $26,640.52 |
| **Macon Bibb Tax Commissioner** 188 Third Street Macon, GA 31201 | | 2024 Real Estate taxes | | | | $31,708.03 |
| **Macon Bibb Tax Commissioner** 188 Third Street Macon, GA 31201 | | 2024 Business Property taxes | | | | $637.98 |
| **Square** 3165 E Millrock Drive Suite 160 Salt Lake City, UT 84121 | | Business Loan | | | | $10,499.21 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **Macon Arts Center, LLC, a Georgia Limited Liability Company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Uline**<br>**12575 Uline Dr**<br>**Pleasant Prairie, WI 53158** | | **Credit card purchases** | | | | $3,678.18 |

American Express Blue
PO Box 981535
El Paso, TX 79998-1535

American Express Gold
PO Box 981535
El Paso, TX 79998-1535

Bitty
1855 Griffin Rd
Suite A-474
Fort Myers, FL 33994

Edge Capital
800 W. Main Street
Suite 1460
Boise, ID 83702

Financial Pacific Leasing
3455 South 344th Way
Federal Way, WA 98001

Fundbox
5760 Legacy Drive
Suite B3-535
Plano, TX 75024

Grand HVAC Leasing USA
PO Box 95479
Chicago, IL 60694-5479

Macon Bibb Tax Commissioner
188 Third Street
Macon, GA 31201

Newtek Small Business Finance LLC
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042

None

Robinson Franzman LLP
191 Peachtree St NE
Suite 2600
Atlanta, GA 30303

Square
3165 E Millrock Drive
Suite 160
Salt Lake City, UT 84121

```
Uline
12575 Uline Dr
Pleasant Prairie, WI 53158
```

# United States Bankruptcy Court
## Middle District of Georgia

In re **Macon Arts Center, LLC, a Georgia Limited Liability Company**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Macon Arts Center, LLC, a Georgia Limited Liability Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Anthony-Lynn Kirkland, Sr**
**4570 Pio Nono Ave**
**Macon, GA 31206**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 3, 2025** | **/s/ Christopher W. Terry** |
| Date | **Christopher W. Terry** |
| | Signature of Attorney or Litigant |
| | Counsel for **Macon Arts Center, LLC, a Georgia Limited Liability Company** |
| | **Boyer Terry LLC** |
| | **348 Cotton Avenue, Suite 200** |
| | **Macon, GA 31201** |
| | **(478) 742-6481 Fax:(770) 200-9230** |
| | **Chris@boyerterry.com** |